KAZIMICZ SAWSIK *vs.* FRANK CIBOROWSKI, administrator, & another.

Suffolk.   May 24, 1926. — June 30, 1926.

Present: BRALEY, CROSBY, PIERCE, CARROLL, WAIT, & SANDERSON, JJ.

*Municipal Court of the City of Boston*, Appellate Division: establishment of truth of report.   *District Court.*

No appeal lies to this court from the denial by the Appellate Division of the Municipal Court of the City of Boston of a petition to establish the truth of a draft report.

CONTRACT.   Writ in the Municipal Court of the City of Boston dated September 30, 1924.

The record is described in the opinion.

The case was submitted on briefs.

*J. F. Daly,* for the defendants.

*F. J. Bagocius,* for the plaintiff.

CARROLL, J.,  The record in this case contains a copy of a petition to establish the truth of a draft report, filed November 2, 1925, and denied by the Appellate Division of the Municipal Court of the City of Boston on November 23, 1925.

The record also contains an "affidavit in support of petition to establish the truth of draft report filed by both defendants," with a "Copy of DRAFT REPORT," and the defendants' claim of appeal.

The truth of the report in proceedings before a judge of the Municipal Court of the City of Boston must be settled by the Appellate Division or by the judge or judges assigned therefor. The truth of the report is to be determined only in this way. The case is governed by *Cohen* v. *Berkowitz,* 215 Mass. 68, where it was said, at page 71, that the truth or falsity of a report can be determined in the Municipal Court only. See G. L. c. 231, § 108. Rule 50 of the Rules of the Municipal Court (1922). There is nothing before us on the defendants' appeal.

> *Order denying petition to establish truth*
> *of the Draft Report affirmed.*